No. 11–5993. MARLAR v. RILEY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–5995. GRANGE v. SOUTHEASTERN MECHANICAL SERVICES, INC. C. A. 4th Cir. Certiorari denied.

No. 11–5997. MORENO v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5999. GONZALEZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–6011. CLANTON v. SCHLEGEL SYSTEMS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–6013. GROSS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–6015. SCHIED v. SNYDER ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–6021. SAPANARA v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6023. SMITH v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 11–6027. MANZELLA v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 11–6038. CARTER v. CAMPBELL. Sup. Ct. Va. Certiorari denied.

No. 11–6042. COLLINS v. CITY OF JACKSONVILLE, FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–6044. COLON v. BURNETT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6045. RODRIGUEZ v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.